LAW OFFICES OF
**LAWRENCE M. FISHER**
233 BROADWAY – suite 2348
NEW YORK, NEW YORK 10279
_____

TELEPHONE (212) 226-5700
CELL (917) 225-2397
EMAIL: Fishercrimlaw@gmail.com

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:  3/31/2023 |

# MEMORANDUM ENDORSED

The Honorable Gregory H. Woods                                March 31, 2023
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
***VIA ECF***

*Re: **United States v. Jonathan Rodriguez***
*22-CR-522 (GHW)*

**Dear Judge Woods:**

     As you are aware, I represent the above-named defendant who is currently at liberty on a $100,000 PRB, co-signed by 3 FRPs, with home detention and monitoring with travel restricted to SDNY & EDNY, surrender of travel documents and pre-trial supervision.

     I submit this letter to request that the defendant be permitted to go out to dinner on his birthday, April 5, 2023 from 7:30pm to 11:30pm at Mastro's Steakhouse located at 1285 Sixth Avenue in Manhattan. To date, my client has fully complied with all pre-trial conditions & requirements.

     I have discussed the above request with AUSA Ashley Nicholas who defers to pre-trial services. I have also discussed this request with Pre-Trial Officer Jonathan Lettieri who informed that per pre-trial policy, their office objects to all leave requests for social activities for defendants on home detention.

Application denied.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 120.

SO ORDERED.

Dated:  March 31, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Respectfully Submitted,

LAWRENCE M. FISHER, ESQ.
Attorney for Defendant