```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :  22 Cr. 522-12 (GHW)
        -against-                    :
                                     :  ORDER
Jonathan Rodriguez,                  :
     a/k/a "JR,"                     :
                                     :
        Defendant                    :
                                     :
-------------------------------------X

GREGORY H. WOODS, United States District Judge:

It is hereby ORDERED that, considering his imprisonment on separate charges, the defendant's bail is revoked without prejudice to future reconsideration should he complete his prison term before the instant matter is disposed.

    Dated: New York, New York
           May 22, 2023

                                           SO ORDERED:

                                           _____
                                           GREGORY H. WOODS
                                           United States District Judge