USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2024

LAW OFFICES OF
**LAWRENCE M. FISHER**
233 BROADWAY – suite 2348
NEW YORK, NEW YORK 10279

TELEPHONE (917) 225-2397
EMAIL: Fishercrimlaw@gmail.com

# MEMORANDUM ENDORSED

The Honorable Gregory H. Woods            May 22, 2024
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

*Re:* **Request to Allow Stand-In Counsel**
**US  v. Alexander Francisco, et al., 22 Cr. 522 (GHW)**

Dear Judge Woods:

    I represent Mr. Jonathan Rodriguez in the above-matter. I write to respectfully request that Mr. Cesar DeCastro, counsel for Mr. Christopher Santos, be allowed to stan-in for me during the conference on May 24, 2024.

    The reason for this request is because the Court rescheduled the June 6th conference to May 24th, a date that falls within my family vacation down South.

    Accordingly, I respectfully request that Mr. DeCastro be allowed to stand-in for me during the May 24th conference. My client consents to Mr. DeCastro appearing on my behalf.

Respectfully submitted,

LAWRENCE M. FISHER

---

Application granted. Mr. DeCastro may stand in for Mr. Fisher at the conference on May 24, 2024.  The Court requests that Mr. Fisher inform Mr. DeCastro of his schedule to inform any discussion of the case schedule.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 333.
SO ORDERED.

Dated: May 22, 2024
New York, New York

GREGORY H. WOODS
United States District Judge