UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,

               -against-

JONATHAN RODRIGUEZ,

                        Defendant.

------------------------------------------------------------- X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/4/2024

1:22-cr-522-GHW-12

ORDER

GREGORY H. WOODS, United States District Judge:

      A proceeding in this matter will take place on June 17, 2024 at 11:00 a.m. with respect to

JONATHAN RODRIGUEZ. The proceeding will take place in Courtroom 12C, Daniel Patrick

Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States,

Mr. Rodriguez and his counsel are directed to appear for the proceeding as scheduled unless

otherwise ordered by the Court.

      SO ORDERED.

Dated: June 4, 2024

_____
GREGORY H. WOODS
United States District Judge