LAW OFFICES OF
**LAWRENCE M. FISHER**
233 BROADWAY – suite 2348
NEW YORK, NEW YORK 10279
_____
TELEPHONE (917) 225-2397
EMAIL: Fishercrimlaw@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/19/2024
```

# MEMORANDUM ENDORSED

The Honorable Gregory H. Woods                                      September 19, 2024
United States District Judge
U.S. District Court - SDNY
500 Pearl Street
New York, N.Y. 10007
*Via ECF*

      Re:   *United States v. Jonathan Rodriguez,* 22 CR 522 (GHW)
            <u>Application for Adjournment of Sentencing</u>

Dear Judge Woods:

    I represent Mr. Jonathan Rodriguez and I write to request an adjournment of Mr. Rodriguez's October 6, 2024 sentencing. The reason for this request is to allow additional time to gather materials including character letters and other materials, and to continue to prepare for sentencing. I have conferred with AUSA Ashley Nicolas who consents to this request.

    I therefore request that Mr. Rodriguez's sentencing be adjourned to the week of January 6, 2025.

    I thank the Court for its time and consideration.

Respectfully Submitted,

*/s/ Lawrence M. Fisher*
LAWRENCE M. FISHER

Application granted.  The sentencing hearing previously scheduled for October 9, 2024 at 2:00 p.m. is now adjourned to January 14, 2025 at 12:00 p.m.  The defendant's sentencing submissions are due no later than December 31, 2024; the Government's sentencing submissions are due no later than January 7, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 499.
SO ORDERED.
Dated:  September 19, 2024
New York, NY
                                                                                      */s/ Gregory H. Woods*
                                                               GREGORY H. WOODS
                                             United States District Judge