UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                         -against-

   JONATHAN RODRIGUEZ,

                         Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2025

1:22-cr-522-GHW-12

ORDER

GREGORY H. WOODS, United States District Judge:

      The sentencing hearing for Jonathan Rodriguez that was scheduled to take place on January 14, 2025 at 12:00 p.m. is adjourned *sine die* because the defendant refused to come to court. The parties are directed to meet and confer and to submit a letter with proposed alternative dates and times for the defendant's sentencing.

      SO ORDERED.

Dated: January 14, 2025
New York, New York

                                                                 _____
                                                                 GREGORY H. WOODS
                                                             United States District Judge